IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ADAMS,                                    ) | |
|               Plaintiff,                ) | |
| v.                                                           ) | C.A. No. 20-1680-MN |
| THE HON. JOHN CARNEY,                     ) | |
| Governor of the State of Delaware,         ) | |
|               Defendant.             ) | |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME**

WHEREAS, Plaintiff James R. Adams ("Plaintiff") filed a Complaint for Declaratory and Injunctive Relief under 42 U.S.C. § 1983 (D.I. 1) on December 10, 2020;

WHEREAS, Defendant the Honorable John Carney ("Defendant") filed a Motion to Dismiss for Lack of Standing (D.I. 12) on February 18, 2021;

WHEREAS, Plaintiff then filed an Amended Complaint for Declaratory and Injunctive Relief under 42 U.S.C. § 1983 (D.I. 15) on February 25, 2021;

WHEREAS, Defendant intends to file a Motion to Dismiss Plaintiff's Amended Complaint, and the parties have agreed, subject to the approval of the Court, to a briefing schedule for the motion to dismiss to allow the parties additional time to complete all of the required briefing;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Amended Complaint, by filing a Motion to Dismiss and Opening Brief is March 18, 2021.  Plaintiff's deadline to file an Answering Brief in Opposition to Defendant's Motion to

Dismiss is April 1, 2021. Defendant's deadline to file a Reply Brief in Support of his Motion to Dismiss is April 12, 2021.

| FINGER & SLANINA, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ David L. Finger | /s/ David C. McBride |
| David L. Finger (No. 2556) | David C. McBride (No. 408) |
| One Commerce Center | Martin S. Lessner (No. 3109) |
| 1201 North Orange Street, 7th Floor | Pilar G. Kraman (No. 5199) |
| Wilmington, DE 19801 | Beth A. Swadley (No. 6331) |
| (302) 573-2524 | Kevin P. Rickert (No. 6513) |
| dfinger@delawgroup.com | Rodney Square |
|  | 1000 North King Street |
| *Attorney for Plaintiff James R. Adams* | Wilmington, DE 19801 |
|  | (302) 571-6600 |
| Dated: March 1, 2021 | dmcbride@ycst.com |
|  | mlessner@ycst.com |
|  | pkraman@ycst.com |
|  | bswadley@ycst.com |
|  | krickert@ycst.com |
|  | *Attorneys for Defendant, the Hon. John Carney* |

SO ORDERED this 2nd day of March 2021.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge