IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1680-MN |
| ) | |
| THE HON. JOHN CARNEY, ) | |
| Governor of the State of Delaware, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant respectfully requests oral argument on Defendant's Motion to Dismiss, filed on March 18, 2021 (D.I. 19). Briefing on this motion was completed on April 12, 2021 with the filing of Defendant's Reply Brief (*see* D.I. 20, 22, and 23). Plaintiff joins this request.

Dated: April 15, 2021

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Pilar G. Kraman*
David C. McBride (No. 408)
Martin S. Lessner (No. 3109)
Pilar G. Kraman (No. 5199)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
dmcbride@ycst.com
mlessner@ycst.com
pkraman@ycst.com
bswadley@ycst.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, hereby certify that on April 15, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>David L. Finger, Esquire
>Finger & Slanina, LLC
>One Commerce Center
>1201 N. Orange St., 7th Floor
>Wilmington, DE  19801
>*dfinger@delawgroup.com*
>
>*Attorney for Plaintiff*

I further certify that on April 15, 2021, I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated:  April 15, 2021

>YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
>*/s/ Pilar G. Kraman*
>David C. McBride (No. 408)
>Martin S. Lessner (No. 3109)
>Pilar G. Kraman (No. 5199)
>Beth A. Swadley (No. 6331)
>Kevin P. Rickert (No. 6513)
>Rodney Square
>1000 N. King Street
>Wilmington, Delaware 19801
>*dmcbride@ycst.com*
>*mlessner@ycst.com*
>*pkraman@ycst.com*
>*bswadley@ycst.com*
>*krickert@ycst.com*
>
>*Attorneys for Defendant,*
>*The Hon. John Carney*