IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1680-MN |
| | ) |
| THE HON. JOHN CARNEY, | ) |
| Governor of the State of Delaware, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that on December 20, 2022, a copy of Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) was served on the persons listed below in the manner indicated:

**BY EMAIL**
David C. McBride, Esq.
Martin S. Lessner, Esq.
Pilar G. Kraman, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
dmcbride@ycst.com
mlessner@ycst.com
pkraman@ycst.com
Attorneys for Defendant
 *Attorney for Defendant*

PLEASE TAKE FURTHER NOTICE that on December 22, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE  19801
(302) 573-2525
Attorney for plaintiff James R. Adams

Dated: December 22, 2022